**Fill in this information to identify the case**

United States Bankruptcy Court for the

Southern    District of    Texas
                           (State)

Case number (*If known*): _____    Chapter  11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Halcón Resources Corporation |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | RAM Energy Resources, Inc. |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-0700684 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1000           Louisiana Street <br> Number          Street | Number          Street |
| Suite 1500 | |
|  | P.O. Box |
| Houston   Texas   77002 <br> City      State    ZIP Code | City      State    ZIP Code |
| Harris <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number          Street <br><br> City      State    ZIP Code |

5. **Debtor's website** (URL)    www.halconresources.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify:

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    Page 1

WEIL:\97079621\5\51351.0003

| Debtor | Halcón Resources Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax- entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. *See* http://www.uscourts.gov/four-digit-national-association-naics-codes.

2111 (Oil and Gas Extraction)

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☒ A plan is being filed with this petition.
  ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No
☒ Yes   District   Delaware   When   07/27/2016   Case number   16-11724
                                    MM/ DD/ YYYY
         District _____   When _____   Case number _____
                            MM / DD/ YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes   Debtor   See Schedule 1   Relationship   See Schedule 1
         District   See Schedule 1   When   See Schedule 1
         Case number, if known _____   MM / DD/ YYYY

| Official Form 201 | Voluntary Petition for Non-Individuals Filing for Bankruptcy | Page 2 |
|---|---|---|

Debtor  Halcón Resources Corporation  _____  Case number (if known) _____
        Name

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number      Street

_____  _____  _____
City                  State         ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
       Contact Name      _____
       Phone             _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors** (on a consolidated basis)

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☒ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets** (on a consolidated basis)

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☒ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities** (on a consolidated basis)

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☒ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     Page 3

| Debtor | Halcón Resources Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/07/2019
              MM/ DD /YYYY

✗  /s/ Albert S. Conly                              Albert S. Conly
   Signature of authorized representative of        Printed name
   debtor

   Chief Restructuring Officer
   Title

**18. Signature of attorney**

✗  /s/ Alfredo R. Pérez                             Date   08/07/2019
   Signature of attorney for debtor                        MM / DD / YYYY

   Alfredo R. Pérez                                 Gary T. Holtzer
   Printed Name

   Weil, Gotshal & Manges LLP                       Weil, Gotshal & Manges LLP
   Firm Name

   700 Louisiana Street, Suite 1700                 767 Fifth Avenue
   Address

   Houston, Texas 77002                             New York, New York 10153
   City/State/Zip

   (713) 546-5000                                   (212) 310-8000
   Contact Phone

   alfredo.perez@weil.com                           gary.holtzer@weil.com
   Email Address

   15776275                    Texas
   Bar Number                  State

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            Page 4

**Schedule 1**

Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas. The Debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| COMPANY |
| --- |
| Halcón Resources Corporation |
| Halcón Resources Operating, Inc. |
| Halcón Holdings, Inc. |
| Halcón Energy Properties, Inc. |
| Halcón Permian, LLC |
| Halcón Field Services, LLC |
| Halcón Operating Co., Inc. |

Official Form 201A (12/15)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| HALCÓN RESOURCES CORPORATION | § § § | Case No. 19-_____ (___) |
| Debtor. | § § § § § | |

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 001-35467.

2. The following financial data is the latest available information and refers to the debtor's condition on March 31, 2019.

   a. Total assets      $1,798,838,000

   b. Total debts (including debts listed in 2.c., below)      $945,175,000

   c. Debt securities held by more than 500 holders

   Approximate number of holders:

   secured ☐  unsecured ☑  subordinated ☐  $625 million in 6.75% Senior Notes      600

   d. Number of shares of preferred stock      N/A

   e. Number of shares common stock      1,000,000,000 shares of $0.0001 par value authorized; 164,320,437 outstanding

   Comments, if any: _____

3. Brief description of debtor's business: Halcón Resources Corporation, along with its debtor affiliates, is an independent energy company focused on the acquisition, production, exploration and development of onshore liquids-rich oil and natural gas assets in the United States. During 2017, the Debtors acquired certain property in the Delaware Basin and divested their assets located in the Williston Basin in North Dakota and in the El Halón area of East Texas. As a result, the Debtors' properties and drilling activities are currently focused in the Delaware Basin.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: Ares Management, LLC, Wilks Brothers, State Street Corporation, Oaktree Funds, BlackRock, Inc., Fir Tree Capital Management LP, Dimensional Fund Advisors, and Gen IV Investments.

# CERTIFICATE OF CORPORATE SECRETARY
# OF
# HALCÓN RESOURCES CORPORATION

August 6, 2019

I, Leah R. Kasparek, being the duly elected and authorized Corporate Secretary of the entity referenced above, (the "**Company**"), hereby deliver this Certificate of Corporate Secretary on behalf of the Company and do hereby certify, in my capacity as a duly elected and authorized officer of the Company, that I have access to the corporate records of the Company; and

I further certify that attached hereto as <u>Exhibit A</u> is a true, correct, and complete copy of the resolutions duly adopted and approved by the Board of Directors of the Company on August 6, 2019, and that such resolutions (i) have not been amended, rescinded, or modified since their adoption and remain in full force and effect as of the date hereof, and (ii) were adopted in accordance with the provisions of applicable law, the Company's certificate of incorporation and the Company's bylaws.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 6th day of August 2019.

*Leah Kasparek*
Leah R. Kasparek
Corporate Secretary

**Exhibit A**

**RESOLUTIONS OF THE BOARD OF
DIRECTORS OF HALCÓN RESOURCES CORPORATION**

RESOLUTIONS OF THE
BOARD OF DIRECTORS OF
HALCÓN RESOURCES CORPORATION

August 6, 2019

**WHEREAS**, the Board of Directors (the "**Board**") of Halcón Resources Corporation (the "**Company**") has reviewed and had the opportunity to ask questions about the materials presented by the management and the legal and financial advisors of the Company regarding the liabilities and liquidity of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's businesses;

**WHEREAS**, the Board of the Company has had the opportunity to consult with the management and the legal and financial advisors of the Company to fully consider each of the strategic alternatives available to the Company; and

**WHEREAS**, the Board of the Company believes that taking the actions set forth below is in the best interests of the Company and, therefore, desires to approve the following resolutions.

## I.  Commencement of Chapter 11 Case

**NOW, THEREFORE, BE IT RESOLVED**, that the Board of the Company has determined, after due consultation with the management and the legal and financial advisors of the Company, that it is desirable and in the best interests of the Company, its creditors, and other parties in interest that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and be it further

**RESOLVED**, that any manager, member, officer, or director of the Company (each, an "**Authorized Person**"), in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed to execute and file in the name and on behalf of the Company, and under its corporate seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, orders, and other documents in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"), and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers, and other professionals, and to take and perform any and all further acts and deeds which such Authorized Person, who may act without the joinder of any other Authorized Person, deems necessary, proper, or desirable in connection with the Company's chapter 11 case (the "**Chapter 11 Case**"), including negotiating, executing, delivering, and performing any and all documents, agreements, certificates, and instruments in connection with the transactions and professional retentions set forth in this resolution, with a view to the successful prosecution of such Chapter 11 Case; and be it further

## II.  Retention of Advisors

**RESOLVED**, that the law firm of Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, New York 10153, is hereby retained as attorneys for the Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that FTI Consulting, Inc., located at 1301 McKinney Street, Houston, Texas 77010, is hereby employed and retained to designate a Chief Restructuring Officer and other personnel for the Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that Perella Weinberg Partners, located at 767 Fifth Avenue, New York, New York 10153, is hereby retained as investment banker for the Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that Kurtzman Carson Consultants LLC, located at 1290 Avenue of the Americas, New York, NY 10104, is hereby retained as claims, noticing and solicitation agent for the Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**III.** **Debtor-in-Possession Financing**

**RESOLVED**, that in connection with the Chapter 11 Case, it is in the best interest of the Company to engage in, and the Company will obtain benefits from, the lending transactions under a junior secured debtor-in-possession credit facility in an aggregate principal amount of $35,000,000 (the "**DIP Financing**") to be evidenced by that certain Junior Secured Debtor-in-Possession Credit Agreement (together with the exhibits and schedules attached thereto, the "**DIP Credit Agreement**") to be entered into among the Company, as borrower, Wilmington Trust, N.A., as administrative agent (in such capacity, the "**DIP Agent**"), and the lenders from time to time party thereto (the "**DIP Lenders**"), subject to approval by the Bankruptcy Court, which is necessary and appropriate to the conduct, promotion, and attainment of the business of the Company; and be it further

**RESOLVED**, that the form, terms, and provisions of each of (i) the DIP Credit Agreement, including the use of proceeds to provide liquidity for the Company throughout the Chapter 11 Case, substantially in the form presented to the Board, and (ii) any and all of the other agreements, including, without limitation, any guarantee and security agreement, certificates, documents and instruments authorized, executed, delivered, reaffirmed, verified and/or filed in connection with the DIP Financing (together with the DIP Credit Agreement, collectively, the "**DIP Financing Documents**"), and the Company's performance of its respective obligations thereunder, including the borrowings, any guarantees and the granting of security interests contemplated thereunder, are hereby, in all respects confirmed, ratified and approved; and be it further

**RESOLVED**, that any Authorized Person of the Company is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to negotiate and approve the terms, provisions of and performance of, and to prepare, execute and deliver the DIP Financing Documents to which it is a party, in the name and on behalf of the Company under its common seal or otherwise, and such other documents, agreements, instruments and certificates as may be required by the DIP Agent or required by the DIP Financing Documents; and be it further

**RESOLVED**, that the Company is authorized to guarantee, as applicable, any obligations of any party to the DIP Financing Documents and undertake any and all related transactions contemplated under the DIP Financing Documents including the granting of security thereunder; and be it further

**RESOLVED**, that any Authorized Person of the Company is hereby authorized to grant security interests in, and liens on, any and all property of the Company as collateral pursuant to the DIP Financing Documents to secure all of the obligations and liabilities of the Company thereunder and the other parties to the DIP Financing Documents to the DIP Lenders and the DIP Agent, and to authorize, execute, verify, file and/or deliver to the DIP Agent, on behalf of the Company, all agreements, documents and instruments required by the DIP Agent and/or the DIP Lenders in connection with the foregoing; and be it further

**RESOLVED**, that any Authorized Person of the Company is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to take all such further actions, including to pay all fees and expenses, in accordance with the terms of the DIP Financing Documents, which shall, in such Authorized Person's sole judgment, be necessary, proper, or advisable to perform the Company's obligations under or in connection with the DIP Financing Documents and the transactions contemplated therein and to carry out fully the intent of the foregoing resolutions; and be it further

**RESOLVED**, that any Authorized Person is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute and deliver any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions and extensions of the DIP Credit Agreement and/or any of the DIP Financing Documents, which shall, in such Authorized Person's sole judgment, be necessary, desirable, proper or advisable; and be it further

## IV.     General Authorization and Ratification

**RESOLVED**, that each Authorized Person be, and each, acting alone, hereby is, authorized, empowered and directed, for and on behalf of the Company to do and perform all such acts and things and enter into, execute, acknowledge, deliver, and file all such certificates, agreements, acknowledgments, instruments, contracts, statements, and other documents and to take such further actions as such Authorized Person may deem necessary or appropriate to effect the intent and accomplish the purposes of the foregoing resolutions, with the taking of any such action by such Authorized Person being conclusive evidence that the same did meet such standards as set forth above; and be it further

**RESOLVED**, that any and all actions taken by an Authorized Person prior to the date of adoption of the foregoing resolutions, which would have been authorized by the foregoing resolutions but for the fact that such actions were taken prior to such date, be, and each hereby is, ratified, approved, confirmed, and adopted as a duly authorized act of the Company in all respects and for all purposes.

**Fill in this information to identify the case:**

Debtor name __Halcón Resources Corporation__

United States Bankruptcy Court for the: __Southern__ District of __Texas__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address including zip code | Name, telephone number, and email address of creditor contact | Nature of claim (for example, trade debt, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | US Bank N.A.<br>5555 San Felipe, Suite 1150<br>Houston, TX 77056 | Attn: Eric Le<br>Phone: 704-335-4589<br>Email: eric.le@usbank.com | Unsecured Debt | | | | $644,458,280.63 |
| 2 | Zurich North America (Fidelity & Deposit)<br>Commercial Surety<br>300 S. Riverside Plz, Ste 2100<br>Chicago, IL 60606 | Attn: Nick Enders CPCU, AFSB, ARM<br>Phone: 312-496-9510<br>Email: nicholas.enders@zurichna.com | Litigation | | | | $5,282,091.07 |
| 3 | Streamline Innovations, Inc.<br>21252 Gathering Oak Ste 101<br>San Antonio, TX 78260 | Attn: David Sisk<br>Phone: 888-787-6569<br>Email: Contact@Streamlineinnovations.Com ; Dave.Sisk@Streamlinechemical.Com | Trade Debt | | | | $5,200,000.00 |
| 4 | Louisiana Machinery Co. LLC<br>3799 W Airline Hwy<br>Reserve, LA 70084 | Attn: Jason Maurin<br>Phone: 985-536-1121<br>Fax: 985-536-4549<br>Email: jason.maurin@louisianacat.com | Trade Debt | | | | $4,674,285.00 |
| 5 | WaterBridge Texas Operating LLC<br>840 Gessner Road, Ste 100<br>Houston, TX 77024 | Attn: Harrison Bolling, General Counsel<br>Phone: 713-454-7022<br>Email: Harrison.bolling@h20bridge.com | Trade Debt | | | | $3,997,827.65 |
| 6 | Precision Drilling Company, LP<br>10350 Richmond Ave<br>Suite 700<br>Houston, TX 77042 | Attn: Kevin A. Neveu, President and CEO<br>Phone: 713-435-6100<br>Fax: 713-435-6170<br>Email: info@precisiondrilling.com | Trade Debt | | | | $1,847,625.31 |
| 7 | Seville Industries LLC<br>16915 W LA Hwy 335<br>Abbeville, LA 70510 | Attn: Wade Dupuis<br>Phone: 337-643-1122<br>Email: wade@sevilleind.com | Trade Debt | | | | $1,764,745.60 |

| | Name of creditor and complete mailing address including zip code | Name, telephone number, and email address of creditor contact | Nature of claim (for example, trade debt, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | Sealy Land Company Ltd<br>2014 Commonwealth St<br>Houston, TX 77006 | Attn: William E. Pinckard<br>Phone: 713-824-3229<br>Email: bill@stanton-pinckard.com | Royalty | | | | $1,640,000.00 |
| 9 | Pecos County (Texas)<br>200 S. Nelson<br>Fort Stockton, TX 79735 | Attn: Santa S. Acosta<br>Phone: 432-336-3386<br>Fax: 432-336-3382<br>Email: santa.acotsta@co.pecos.tx.us | Unsecured Tax | | | | $1,500,000.00 |
| 10 | Crestwood Permian Basin LLC<br>811 Main Street<br>Suite 3400<br>Houston, TX 77002 | Attn: Robert G Phillips, President/CEO<br>Phone: 832-519-2200<br>Fax: 832-519-2250<br>Email: mark.mitchell@crestwoodlp.com; russell.kovin@crestwoodlp.com | Trade Debt | | | | $1,407,803.26 |
| 11 | WellBenders Directional Services, LLC<br>13901 Hwy 105 W<br>Conroe, TX 77304 | Attn: Anthony Batiste<br>Phone: 936-539-9602<br>Fax: 936-588-0271<br>Email: anthony@wellbenders.com | Trade Debt | | | | $1,104,725.40 |
| 12 | Epic Energy Services LLC<br>6397 Hwy 77<br>Odem, TX 78370 | Attn: Rebecca Bosworth<br>Phone: 361-222-1226<br>Email: rbosworth@epicenergyservices.us | Trade Debt | | | | $709,351.40 |
| 13 | Alpha Technologies Services<br>3767 Alpha Way<br>Bellingham, WA 98226 | Attn: Drew Zogby, President<br>Phone: 800-322-5742<br>Fax: 360- 671-4936<br>Email: alpha@alpha.com | Trade Debt | | | | $695,412.59 |
| 14 | Drilling Info Inc<br>2901 Via Fortuna No 200<br>Austin, TX 78746 | Attn: Jeff Hughes, CEO and President<br>Phone: 888-290-7697<br>Email: info@drillinginfo.com; jhughes@drillinginfo.com | Trade Debt | | | | $633,335.31 |
| 15 | Ward County (Texas)<br>400 S. Allen Suite 102<br>P.O. Box 290<br>Monahans, TX 79756 | Attn: Vicki Heflin<br>Phone: 432-943-2546<br>Fax: 432-943-2745<br>Email: vicki.heflin@co.ward.tx.us | Unsecured Tax | | | | $600,000.00 |
| 16 | Halker Consulting LLC<br>7936 E Arapahoe Ct<br>Suite 3200<br>Centennial, CO 80112 | Attn: Matthew Halker, President<br>Phone: 303-515-2700<br>Email: info@halker.com | Trade Debt | | | | $556,049.98 |
| 17 | Open Range Field Services, LLC<br>1503 S. Barnes Street<br>Pampa, TX 79065 | Attn: Shane Gaskell<br>Phone: 806-665-0770<br>Fax: 806-669-2990<br>Email: shane.gaskell@openrangefs.com | Trade Debt | | | | $484,311.25 |

Official Form 204     Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims     Page 2

| | Name of creditor and complete mailing address including zip code | Name, telephone number, and email address of creditor contact | Nature of claim (for example, trade debt, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | Reeves County (Texas)<br>100 E 4th Street Room 104<br>P.O. Box 700<br>Pecos, TX 79772 | Attn: Tax Assessor Collector, Rosemary Chabarria<br>Phone: 432-445-5467<br>Fax: 432-445-5096<br>Email: rosemary.chabarria@co.reeves.tx.us | Unsecured Tax | | | | $475,000.00 |
| 19 | NRG Business Solutions LLC<br>804 Carnegie Center<br>Princeton, NJ 08540 | Attn: Director or Officer<br>Phone: 609-524-4500<br>Fax: 609-524-4501 | Trade Debt | | | | $436,907.52 |
| 20 | Stellar Drilling Fluids, LLC<br>3403 Marquart St.<br>Houston, TX 77027 | Attn: Mike Davis, President<br>Phone: 832-726-0006<br>Fax: 979-864-3670 | Trade Debt | | | | $432,640.52 |
| 21 | Jacam Chemicals 2013, LLC<br>205 S. Broadway<br>Sterling, KS 67579 | Attn: Gene Zaid, CEO<br>Phone: 620-278-3355<br>Fax: 620-278-2112<br>Email: solutions@jacam.com | Trade Debt | | | | $374,645.51 |
| 22 | War Horse Resources, LLC<br>1008 Melvin Lane<br>Minco, OK 73059 | Attn: Danny Ford<br>Phone: 405-239-0923<br>Email: dford@warhorseresources.com | Trade Debt | | | | $348,486.67 |
| 23 | Rolfson Oil, LLC<br>124 E Fulton Street<br>Suite 602<br>Grand Rapids, MI 49503 | Attn: Andrew Shaffer, President<br>Phone: 701-204-6663<br>Fax: 866-772-2067<br>Email: ashaffer@rolfsonoil.com | Trade Debt | | | | $336,933.41 |
| 24 | National Oilwell DHT, LP<br>7909 Parkwood Circle Drive<br>Houston, TX 77036 | Attn: Clay C. Williams, President<br>Phone: 713-375-3700<br>Fax: 713-375-3994<br>Email: clay.williams@nov.com | Trade Debt | | | | $327,789.17 |
| 25 | Apergy ESP Systems, LLC<br>2445 Technology Forest Blvd<br>Building 4, 12th Floor<br>The Woodlands, TX 77381 | Attn: Julia Wright, General Counsel<br>Phone: 281-403-5772<br>Fax: 281-403-5746<br>Email: julia.wright@apergy.com | Trade Debt | | | | $320,468.57 |
| 26 | Halliburton Energy Services Inc<br>3000 N. Sam Houston Pkwy E.<br>Houston, TX 77032 | Attn: Jeffre Spaulding, Deputy General Counsel<br>Phone: 281-871-4000<br>Fax: 281-871-6890<br>Email: jeff.spalding@halliburton.com | Trade Debt | | | | $302,489.10 |
| 27 | Royal Oilfield Services LLC<br>2204 S Bickley Avenue<br>Ste 104A #218<br>Pecos, TX 79772 | Attn: Director or Officer<br>Phone: 432-445-1468<br>Fax: 432-445-7550 | Trade Debt | | | | $280,974.00 |

Debtor  Halcón Resources Corporation  
         Name

Case number (*if known*) _____

| | Name of creditor and complete mailing address including zip code | Name, telephone number, and email address of creditor contact | Nature of claim (for example, trade debt, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 28 | DNOW L.P. 7909 Parkwood Circle Drive Houston, TX 77036 | Attn: Director or Officer Phone: 713-375-3700 Fax: 713-375-3994 | Trade Debt | | | | $250,330.89 |
| 29 | BWS Construction, LLC 1310 East Milam Street Mexia, TX 76667 | Attn: David Bates Phone: 254-562-5404 Email: bws_services@yahoo.com | Trade Debt | | | | $232,445.00 |
| 30 | A & B Valve & Piping Sys., LLC 7425 Pinemont Drive Ste. 500 Houston, TX 77040 | Attn: Mike Monteiro Phone: 713-320-7827 Email: mmonteiro@abvalve.com | Trade Debt | | | | $231,344.75 |

Official Form 204    Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims    Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| HALCÓN RESOURCES CORPORATION, | § § § § § | Case No. 19-_____ (___) |
| Debtor. | § § § | |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1**

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, attached hereto as **Exhibit A** is an organizational chart reflecting all of the ownership interests in Halcón Resources Corporation ("**Parent**") and its affiliated debtors, as proposed debtors and debtors in possession (collectively, the "**Debtors**").  The Debtors respectfully represent as follows:

1.  Ares Management LLC owns 12.96% of the common stock in Parent.  To the best of the Debtors' knowledge and belief, no other person or entity directly owns 10% or more of common stock in Parent.

2.  Parent directly owns 100% of the equity interests in Halcón Holdings, Inc. and Halcón Resources Operating, Inc.

3.  Halcón Holdings, Inc. directly owns 100% of the equity interests or membership interests, as applicable, in Halcón Energy Properties, Inc., Halcón Permian, LLC, Halcón Field Services, LLC, and Halcón Operating Co., Inc.

**Exhibit A**

**Organizational Chart**



**Fill in this information to identify the case:**

Debtor name: Halcón Resources Corporation

United States Bankruptcy Court for the Southern District of Texas
(State)

Case number (*If known*): _____

# Official Form 202
### Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration Consolidated Corporate Ownership Statement and List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/07/2019
MM / DD /YYYY

/s/ Albert S. Conly
Signature of individual signing on behalf of debtor

Albert S. Conly
Printed name

Chief Restructuring Officer
Position or relationship to debtor