IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HALCÓN RESOURCES | § | |
| CORPORATION, *et al.*, | § | Case No. 19-34446 (DRJ) |
| | § | |
| Debtors.[1] | § | Jointly Administered |
| | § | |

NOTICE OF AGENDA OF MATTERS SET FOR
HEARING ON SEPTEMBER 4, 2019

Halcón Resources Corporation and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), file this agenda of matters set for hearing on September 4, 2019 at 11:00 a.m. (Prevailing Central Time) before the Honorable David R. Jones at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk Avenue, Houston, Texas 77002.

**I.     UNCONTESTED MATTERS**

1. **Emergency Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Orders (I) Authorizing Payment of Prepetition Trade Claims in Ordinary Course of Business and (II) Granting Related Relief [Docket No. 9]**

    Objection Deadline:  August 28, 2019

    Responses Received:  None

    Related Documents:

    A. Declaration of Albert S. Conly in Support of the Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 27]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Halcón Resources Corporation (0684), Halcón Resources Operating, Inc. (4856), Halcón Holdings, Inc. (5102), Halcón Energy Properties, Inc. (5292), Halcón Permian, LLC (6153), Halcón Field Services, LLC (0280), and Halcón Operating Co., Inc. (3588).  The Debtors' mailing address is 1000 Louisiana St., Suite 1500, Houston, TX 77002.

       B. Certificate of No Objection to Emergency Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Orders (I) Authorizing Payment of Prepetition Trade Claims in Ordinary Course of Business and (II) Granting Related Relief [Docket No. 195]

   Status:  This matter is going forward.

2. **Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, 503 and 507(b) and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Docket No. 23]**

   Objection Deadline:  August 28, 2019

   Responses Received:  None

   Related Documents:

       A. Declaration of Douglas McGovern in Support of Motions of Debtors for (A) Interim and Final Orders Approving Postpetition Financing Arrangements and Use of Cash Collateral, (B) an Order Authorizing Assumption of Backstop Agreement, (C) an Order Authorizing Assumption of Exit Financing Agreement, and (D) an Order Authorizing Debtors to File Fee Letters Under Seal [Docket No. 25]

       B. Notice of Filing Final Postpetition Financing Order [Docket No. 194]

       C. Certificate of No Objection to Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, 503 and 507(b) and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Docket No. 197]

   Status:  This matter is going forward.

3. **Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 365(a) and Fed. R. Bankr. P. 6006 for an Order (I) Authorizing Assumption of Backstop Agreement, (II) Approving All Obligations Thereunder, and (III) Granting Related Relief [Docket No. 24]**

    Objection Deadline:  August 28, 2019

    Responses Received:  None

    Related Documents:

        A. Declaration of Douglas McGovern in Support of Motions of Debtors for (A) Interim and Final Orders Approving Postpetition Financing Arrangements and Use of Cash Collateral, (B) an Order Authorizing Assumption of Backstop Agreement, (C) an Order Authorizing Assumption of Exit Financing Agreement, and (D) an Order Authorizing Debtors to File Fee Letters Under Seal [Docket No. 25]

        B. Certificate of No Objection to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 365(a) and Fed. R. Bankr. P. 6006 for an Order (I) Authorizing Assumption of Backstop Agreement, (II) Approving All Obligations Thereunder, and (III) Granting Related Relief [Docket No. 196]

    Status:  This matter is going forward.

4. **Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 362 for an Order (I) Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Stock of, and Claims Against, Debtors and (II) Granting Related Relief [Docket No. 26]**

    Objection Deadline:  August 28, 2019

    Responses Received:  None

    Related Documents:

        A. Certificate of No Objection to Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 362 for an Order (I) Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Stock of, and Claims Against Debtors, and (II) Granting Related Relief [Docket No. 198]

      Status:  This matter is going forward.

5. **Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 365(a) and Fed. R. Bankr. P. 6006 for an Order (I) Authorizing Assumption of Settlement Agreement and Certain Sulfur Removal Plant Contracts, (II) Approving All Obligations Thereunder, and (III) Granting Related Relief [Docket No. 124]**

      Objection Deadline:  September 3, 2019

      Responses Received:  None[2]

      Related Documents:

            A.  Notice of Filing Revised Streamline Assumption Order [Docket No. 153]

      Status:  This matter is going forward.

## II. CONTESTED MATTERS

6. **Emergency Motion of Morascyzk & Polochak, Attorneys at Law, and Co-Exprise, Inc., d/b/a CX-Energy for Relief from the Automatic Stay [Docket No. 145]**

      Responses Received:

            A.  Objection of Debtors to Emergency Motion of Morascyzk & Polochak, Attorneys at Law, and Co-Exprise, Inc., d/b/a CX-Energy for Relief from the Automatic Stay [Docket No. 188]

      Related Documents:

            A.  Morascyzk & Polochak, Attorneys at Law, and Co-Exprise, Inc., d/b/a CX-Energy Witness and Exhibit List for Hearing Scheduled on September 4, 2019 at 11:00 A.M. [Docket No. 192]

            B.  Debtors' Witness and Exhibit List for Matters Set for Hearing on September 4, 2019 [Docket No. 204]

      Status:  This matter is going forward.

---

[2] Subject to receiving any objections or other responses, which the Debtors do not anticipate, the Debtors intend to file a Certificate of No Objection on September 4, 2019 prior to the scheduled hearing.

Dated: September 3, 2019
       Houston, Texas

        */s/ Patrick W. Thompson*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Patrick W. Thompson (24066189)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com
       Patrick.Thompson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Gary Holtzer (admitted *pro hac vice*)
Lauren Tauro (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  Gary.Holtzer@weil.com
       Lauren.Tauro@weil.com

*Proposed Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that on September 3, 2019, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

        */s/ Patrick W. Thompson*
        Patrick W. Thompson