**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**HENRY G. HOBBS, JR.**
**ACTING UNITED STATES TRUSTEE**
**REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas   77002**
**Telephone:  (713) 718-4650 x 241**
**Fax:  (713) 718-4670**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** § | **CASE NO.** | |
| § | | |
| **HALCON RESOURCES CORPATION,** § | **19-34446 (DRJ)** | |
| *et al.,* § | **(Chapter 11)** | |
| § | **Jointly Administered** | |
| **DEBTORS**[1] § | | |

**NOTICE OF APPOINTMENT OF**
**COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Henry G. Hobbs, Jr., the Acting United States Trustee for Region 7, who pursuant to 11 U.S.C. § 1102(a)(1) hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in this case:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Halcón Resources Corporation (0684), Halcón Resources Operating, Inc. (4856), Halcón Holdings, Inc. (5102), Halcón Energy Properties, Inc. (5292), Halcón Permian, LLC (6153), Halcón Field Services, LLC (0280), and Halcón Operating Co., Inc. (3588). The Debtors' mailing address is 1000 Louisiana St., Suite 1500, Houston, TX 77002.

| Members | Counsel for Member |
|---|---|
| 1. SC Fund Management LLC Profit Sharing Plan<br>Attn:  Edward A. Collery<br>747 3rd Avenue, 27th Floor<br>New York, NY 10017<br>Tel. 212-813-3414<br>E-Mail:  nedc@scfundamental.com | |
| 2. Michael Sammons<br>1013 10th Street # B<br>Galveston, TX  77550<br>Tel. 210-858-6199<br>E-Mail:  michaelsammons@yahoo.com | |

Dated: September 6, 2019          Respectfully Submitted,

          HENRY G. HOBBS, JR.
          ACTING UNITED STATES TRUSTEE
          REGION 7, SOUTHERN and WESTERN
          DISTRICTS OF TEXAS

          By:    /s/ Hector Duran
                  Hector Duran
                  Trial Attorney
                  Texas Bar No. 00783996
                  515 Rusk, Suite 3516
                  Houston, TX 77002
                  Telephone:  (713) 718-4650 x 241
                  Fax:  (713) 718-4670

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this <u>6th</u> day of September, 2019.

                  /s/ Hector Duran
                  Hector Duran, Trial Attorney