IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HALCÓN RESOURCES CORPORATION, *et al.*,[1] | § | Case No. 19-34446 (DRJ) (Jointly Administered) |
| | § | |
| | § | |
| Debtors. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that Quinn Emanuel Urquhart & Sullivan, LLP, files this Notice of Appearance and Request for Service of Notices and Pleadings on behalf of the Official Committee of Unsecured Creditors of Halcón Resources Corporation, *et al*., and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon:

Patricia B. Tomasco
Devin van der Hahn
Quinn Emanuel Urquhart & Sullivan, LLP
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone: 713-221-7000
Facsimile: 713-221-7100
Email: pattytomasco@quinnemanuel.com
devinvanderhahn@quinnemanuel.com

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal identification number, as applicable, are: Halcón Resources Corporation (0684), Halcón Resources Operating, Inc. (4856), Halcón Holdings, Inc. (5102), Halcón Energy Properties, Inc. (5292), Halcón Permian, LLC (6153), Halcón Field Services, LLC (0280) and Halcón Operating Co., Inc. (3588). The Debtors' mailing address is 1000 Louisiana St., Suite 1500, Houston, Texas 77002.

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or other request, formal or informal, whether transmitted or conveyed by mail, telephone, or otherwise.

This Notice of Appearance and Request for Service of Notice and Pleadings shall not be deemed or construed to be a waiver of the rights of the Committee (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to demand formal service of process on the Committee in accordance with the Federal Rules of Bankruptcy Procedure and/or Federal Rules of Civil Procedure, or (v) to assert any other rights, claims, actions, setoffs, or recoupments to which the Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted this 8th day of September, 2019.

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ *Patricia B. Tomasco*
Patricia B. Tomasco
State Bar No. 01797600
Devin van der Hahn
State Bar No. 24104047
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone: 713-221-7000
Facsimile: 713-221-7100
Email: pattytomasco@quinnemanuel.com
devinvanderhahn@quinnemanuel.com

**PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**