

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/12/2019

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HALCÓN RESOURCES | § | Case No. 19-34446 (DRJ) |
| CORPORATION, *et al.*,[1] | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |

**ORDER DENYING THE EMERGENCY MOTION OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS TO CONTINUE
HEARINGS AND OBJECTION DEADLINES RELATED TO (I) THE
JOINT PREPACKAGED CHAPTER 11 PLAN OF HALCÓN
RESOURCES CORPORATION AND ITS AFFILIATED DEBTORS;
AND (II) THE DISCLOSURE STATEMENT FOR JOINT
PREPACKAGED CHAPTER 11 PLAN OF HALCÓN RESOURCES
CORPORATION AND ITS AFFILIATED DEBTORS**
(Relates To ECF No. 258)

CAME ON FOR CONSIDERATION, the Emergency Motion of Official Committee of Unsecured Creditors to Continue Hearings and Objection Deadlines Related to (I) the Joint Prepackaged Chapter 11 Plan of Halcón Resources Corporation and its Affiliated Debtors; and (II) the Disclosure Statement for Joint Prepackaged Chapter 11 Plan of Halcón Resources Corporation and its Affiliated Debtors (the "Motion") and after reviewing the Motion and any responses filed and weighing the arguments, the Court hereby grants the Motion.  It is hereby

ORDERED that the Motion is DENIED without prejudice.  As the parties are aware, the Court demands transparency from **all** parties.  Fiduciary duties are paramount.  If the Debtors are wrongfully refusing to provide the Committee with access to information, the Court will consider a supported request for specific relief on an emergency basis.  Likewise, a position on an official committee is not an opportunity to exercise leverage for personal agendas at the expense of others.

Signed:  September 12, 2019

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

09411-00001/11072152.1