IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HALCÓN RESOURCES | § | |
| CORPORATION, *et al.*, | § | Case No. 19-34446 (DRJ) |
| | § | |
| Debtors.[1] | § | Jointly Administered |
| | § | |

**NOTICE OF AGENDA OF MATTERS SET FOR HEARING ON SEPTEMBER 18, 2019**

Halcón Resources Corporation and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), file this agenda of matters set for hearing on September 18, 2019 at 9:30 a.m. (Prevailing Central Time) before the Honorable David R. Jones at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk Avenue, Houston, Texas 77002.

**I.     WITHDRAWN MATTERS**

1. **Emergency Motion to Extend Various Plan Voting and Objection Deadlines [Docket No. 191]**

    Responses Received:

    A.  Objection of Debtors to (I) Emergency Motion to Extend Various Plan Voting and Objection Deadlines and (II) Motion to Reconsider Order Authorizing Assumption of Backstop Agreement [Docket No. 253]

    B.  Joinder of the Ad Hoc Group in Support of the Objection of Debtors to (I) Emergency Motion to Extend Various Plan Voting and Objection Deadlines and (II) Motion to Reconsider Order Authorizing Assumption of Backstop Agreement [Docket No. 261]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Halcón Resources Corporation (0684), Halcón Resources Operating, Inc. (4856), Halcón Holdings, Inc. (5102), Halcón Energy Properties, Inc. (5292), Halcón Permian, LLC (6153), Halcón Field Services, LLC (0280), and Halcón Operating Co., Inc. (3588). The Debtors' mailing address is 1000 Louisiana St., Suite 1500, Houston, TX 77002.

Related Documents:
A. Notice of Withdrawal of Pending Motions by Creditor Michael Sammons [Docket No. 264]

Status: This matter is not going forward.

2. **Emergency Motion for Appointment of an Unsecured Creditors Committee [Docket No. 210]**

Responses Received:

A. Objection of Debtors to (I) Emergency Motion to Extend Various Plan Voting and Objection Deadlines and (II) Motion to Reconsider Order Authorizing Assumption of Backstop Agreement [Docket No. 253]

Related Documents:
A. Notice of Withdrawal of Pending Motions by Creditor Michael Sammons [Docket No. 264]

Status: This matter is not going forward

II. **CONTESTED MATTERS**

3. **Emergency Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 105(d), 1102(a), and 1103 and Fed. R. Bankr. P. 2020 for Entry of an Order (I) Disbanding Creditors' Committee or (II) Imposing Fee Cap [Docket No. 254]**

Responses Received: None

Related Documents:

A. Joinder of the Ad Hoc Group in Support of the Emergency Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 105(d), 1102(a), and 1103 and Fed. R. Bankr. P. 2020 for Entry of an Order (I) Disbanding Creditors' Committee or (II) Imposing Fee Cap [Docket No. 260]

B. Debtors' Witness and Exhibit List for Matters Set for Hearing on September 18, 2019 [Docket No. 270]

C. Official Committee Of Unsecured Creditors Witness And Exhibit List For Hearing Scheduled On September 18, 2019 [Docket No. 275]

D. Witness and Exhibit List of United States Trustee [Docket No. 276]

Status: This matter is going forward.

2

Dated: September 17, 2019
      Houston, Texas

        /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Gary Holtzer (admitted *pro hac vice*)
Lauren Tauro (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Gary.Holtzer@weil.com
         Lauren.Tauro@weil.com

*Proposed Attorneys for Debtors
and Debtors in Possession*

## Certificate of Service

I hereby certify that on September 17, 2019, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

      */s/ Alfredo R. Pérez*
      Alfredo R. Pérez