**UCC resignation by Michael Sammons**

Sammons Family to: nedc, Patty Tomasco 09/17/2019 05:32 PM

Cc: Albert_Alonzo, alfredo.perez, Jeannie_Andresen, alfredo.perez, Paul.Genender, Hector.Duran.Jr

From: Sammons Family <michaelsammons@yahoo.com>

To: nedc@scfundamental.com, Patty Tomasco <pattytomasco@quinnemanuel.com>

Cc: Albert_Alonzo@txs.uscourts.gov, alfredo.perez@weil.com, Jeannie_Andresen@txs.uscourts.gov, alfredo.perez@weil.com, Paul.Genender@weil.com, Hector.Duran.Jr@usdoj.go

To: U.S. Trustee, Quinn Emanuel, and Ned Collery Chairman of the official Unsecured Creditors Committee

From: Michael Sammons

This is my notice of my resignation, effective immediate, from the official Unsecured Creditors Committee ("UCC").

The reason is that my original problem with the Debtors' plan was my reduced recovery assuming I could not participate in the rights offering (which expires in a few days), but otherwise a rights-participation recovery rate of 22.1% is acceptable to me, and now I can now act before the rights' deadline in a few days to recover 22.1%.

No confidential UCC or UCC related information was considered or influenced this decision.

My decision is final.

Best regards,
Michael Sammons