**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.** |
| | § | |
| **HALCON RESOURCES CORPATION,** | § | **19-34446 (DRJ)** |
| ***et al.*****,** | § | **(Chapter 11)** |
| | § | **Jointly Administered** |
| **DEBTORS**[1] | § | |

**NOTICE OF ACTING UNITED STATES TRUSTEE'S**
**DISBANDMENT OF THE COMMITTEE OF UNSECURED CREDITORS**

On September 6, 2019, the Acting United States Trustee appointed the Committee of Unsecured Creditors pursuant to 11 U.S.C. § 1102. *See* Dkt. No. 228. A member resigned, and therefore the Committee of Unsecured Creditors is hereby disbanded.

Dated: September 18, 2019

Respectfully Submitted,

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By: /s/ Hector Duran
Hector Duran
Trial Attorney
Texas Bar No. 00783996
515 Rusk, Suite 3516
Houston, TX 77002
Telephone: (713) 718-4650 x 241
Fax: (713) 718-4670

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Halcón Resources Corporation (0684), Halcón Resources Operating, Inc. (4856), Halcón Holdings, Inc. (5102), Halcón Energy Properties, Inc. (5292), Halcón Permian, LLC (6153), Halcón Field Services, LLC (0280), and Halcón Operating Co., Inc. (3588). The Debtors' mailing address is 1000 Louisiana St., Suite 1500, Houston, TX 77002.