ENTERED
12/09/2019

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HALCÓN RESOURCES CORPORATION, *et al.*,[1] | § | Case No. 19-34446 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |

**ORDER GRANTING THE**
**APPLICATION FOR ORDER AUTHORIZING THE**
**EMPLOYMENT OF QUINN EMANUEL URQUHART & SULLIVAN, LLP**
**AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
(Relates to ECF No. 344 )

CAME ON FOR CONSIDERATION, the Application for Order Authorizing the Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel to the Official Committee of Unsecured Creditors (the "Application"). The Court, having reviewed the Application and the supporting documents thereto, and finding that it has jurisdiction over the matter pursuant to 28 U.S.C. § 1334, that the Application was properly filed and served, that this is a core proceeding pursuant to 28 U.S.C. § 157(b), and based upon good and sufficient cause appearing therefor; it is hereby

ORDERED, ADJUDGED, AND DECREED that the Official Committee of Unsecured Creditors (the "Official Committee") shall be, and is hereby, authorized to employ Quinn Emanuel Urquhart & Sullivan, LLP as Counsel to the Official Committee of Unsecured Creditors effective September 7, 2019, upon the terms and conditions set forth in the Application; it is further

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Halcón Resources Corporation (0684), Halcón Resources Operating, Inc. (4856), Halcón Holdings, Inc. (5102), Halcón Energy Properties, Inc. (5292), Halcón Permian, LLC (6153), Halcón Field Services, LLC (0280), and Halcón Operating Co., Inc. (3588). The Debtors' mailing address is 1000 Louisiana St., Suite 1500, Houston, Texas 77002.

ORDERED that Quinn Emanuel Urquhart & Sullivan, LLP shall apply for compensation for professional services rendered and reimbursement of expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable provisions of the Bankruptcy Rules, the Local Rules, and any fee and expense guidelines of this Court. Quinn Emanuel Urquhart & Sullivan, LLP also intends to make a reasonable effort to comply with the U.S. Trustee's request for information and additional disclosures as set forth in the Guidelines for Reviewing Application for Compensation and Reimbursement of Expenses under 11 U.S.C. §330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013 (the "Revised UST Guidelines"), both in connection with the Application and the first and final fee application to be filed by Quinn Emanuel Urquhart & Sullivan, LLP in these chapter 11 cases. Quinn Emanuel Urquhart & Sullivan, LLP will use its best effort to avoid any duplication of services provided by any of the Official Committee's other chapter 11 professionals in these chapter 11 cases; it is further

ORDERED that Quinn Emanuel Urquhart & Sullivan, LLP shall not charge a markup to the Debtors with respect to fees billed by contract attorneys, landmen, or title review professionals ("Contractors") who are hired by Quinn Emanuel Urquhart & Sullivan, LLP to provide services to the Official Committee and shall ensure that any such Contractors that are attorneys are subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code and Bankruptcy Rules; it is further

ORDERED that to the extent the Application, the Tomasco Declaration, or the Collery Declaration is inconsistent with this Order, the terms of this Order shall govern; it is further

ORDERED that notwithstanding anything to the contrary in the Application, Quinn Emanuel Urquhart & Sullivan, LLP shall not be entitled to reimbursement for fees and expenses incurred in connection with any objection to its fees absent further order of this Court; it is further

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

**Signed: December 06, 2019.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**