United States Bankruptcy Court Southern - Texas
ENTERED
12/09/2019

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HALCÓN RESOURCES CORPORATION, *et al.*,[1] | § | Case No. 19-34446 (DRJ) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |

**ORDER GRANTING QUINN EMANUEL URQUHART & SULLIVAN, LLP'S FIRST AND FINAL APPLICATION FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 7, 2019, THROUGH OCTOBER 7, 2019**
(Relates to ECF No. 385)

CAME ON FOR CONSIDERATION, the First and Final Application for Payment of Compensation and Reimbursement of Expenses for the Period from September 7, 2019, through October 7, 2019 (the "Application"), filed by Quinn Emanuel Urquhart & Sullivan, LLP, and the Court, having reviewed the Application, the matters contained therein and exhibits thereto, and being of the opinion that the attorneys' fees and expenses incurred should be allowed and paid by the Debtors, it is therefore

ORDERED, that Quinn Emanuel Urquhart & Sullivan, LLP is hereby allowed final compensation for professional fees in the amount of $168,480.50 incurred from September 7, 2019, through October 7, 2019; it is further

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Halcón Resources Corporation (0684), Halcón Resources Operating, Inc. (4856), Halcón Holdings, Inc. (5102), Halcón Energy Properties, Inc. (5292), Halcón Permian, LLC (6153), Halcón Field Services, LLC (0280), and Halcón Operating Co., Inc. (3588). The Debtors' mailing address is 1000 Louisiana St., Suite 1500, Houston, Texas 77002.

ORDERED, that Quinn Emanuel Urquhart & Sullivan, LLP is hereby allowed final reimbursement of expenses in the amount of $977.95 incurred from September 7, 2019, through October 7, 2019; it is further

ORDERED, that Quinn Emanuel Urquhart & Sullivan, LLP is hereby allowed a final payment of $5,000.00 for the preparation and filing of this Application; it is further

ORDERED, that the Debtors are authorized to pay to Quinn Emanuel Urquhart & Sullivan, LLP, the fees and expenses approved herein.

**Signed: December 06, 2019.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**